# Morgan Lewis

**Brian T. Ortelere**
+1.215.963.5150
brian.ortelere@morganlewis.com

December 2, 2021

**VIA ECF AND EMAIL**

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Singh, et al. v. Deloitte, LLP, et al.*, 1:21-cv-08458 (JGK)

Dear Judge Koeltl:

> *[Handwritten endorsement:]* The pre-Trial conference scheduled for 12/21/21 is canceled. The case is otherwise stayed pending a decision by the Court on the Defendants' motion to stay. So ordered. J. Koeltl, U.S.D.J. 12/3/21

We represent Defendants Deloitte LLP, the Board of Directors of Deloitte LLP, and the Retirement Committee of Deloitte LLP (collectively, "Defendants") in the above-referenced matter. We write pursuant to Rules 1(E) and (F) of Your Honor's Individual Practices and with the consent of Plaintiffs' counsel. We respectfully request an adjournment of Defendants' deadline to respond to the class action complaint (the "Complaint") (ECF 1) and of the initial pretrial conference (as well as any accompanying deadlines to submit a joint Rule 26(f) report).

On October 13, 2021, Plaintiffs filed the Complaint. The deadline for Defendants to respond to the Complaint is January 11, 2022 (*see* ECF 14, 16). On December 2, 2021, Defendants filed a motion to stay all proceedings pending a decision by the Supreme Court in *Hughes v. Northwestern University* ("Motion to Stay") (ECF 20-21). Oral argument in *Northwestern* will be held on December 6, 2021. Plaintiffs intend to oppose Defendants' Motion to Stay. The initial pretrial conference in this matter is scheduled for December 21, 2021.

Considering Defendants' Motion to Stay, the parties respectfully request that the deadline for Defendants to respond to the Complaint and the initial pretrial conference (and any deadlines for the parties to confer and submit a joint Rule 26(f) report) be adjourned until after Your Honor rules on Defendants' Motion to Stay. If the Court denies that motion, the parties will confer and submit a proposed schedule within seven days for Defendants to respond to Plaintiffs' Complaint and will confer and submit a joint report under Rule 26(f) prior to the initial conference. The parties agree that adjourning the deadline for Defendants' response to the Complaint and the initial conference will serve judicial efficiency and ensure that the parties and the Court do not undertake the burden and expense of unnecessary motion briefing and conferences during the pendency of Defendants' Motion to Stay.

**Morgan, Lewis & Bockius LLP**

1701 Markett Street
Philadelphia, PA 19103-2921
United States

☎ +1.215.963.5917
📠 +1.215.963.5001

Hon. John G. Koeltl
December 2, 2021
Page 2

There have been no prior requests to adjourn or extend the time for Defendants to respond to the Complaint. Nor have there been any prior requests to adjourn the initial conference (and any accompanying deadlines under Rule 26(f)). This request will not affect any other scheduled dates.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Brian T. Ortelere*

Brian T. Ortelere

cc:     All attorneys of record via ECF