UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUPINDER SINGH et al.,

                Plaintiffs,

           -against-

DELOITTE, LLP, et al.,

                Defendants.
-----------------------------------------------------------X

21 civ 8458 (JGK)

**ORDER**

        The Court, per memorandum and order of January 13, 2023, gave the plaintiff thirty days to move to file an amended complaint.

        The Conference set for January 30, 2023 at 3:30pm is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 23, 2023