UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUPINDER SINGH, ET AL.,

                    Plaintiffs,

        - against -

DELOITTE LLP, ET AL.,

                    Defendants.

21-cv-8458 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants may respond to the plaintiffs' motion for leave to file an amended complaint by **April 14, 2023.** The plaintiffs may reply thereafter by **April 28, 2023.**

SO ORDERED.

Dated:     New York, New York
           March 21, 2023

                                John G. Koeltl
                   United States District Judge