UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUPINGER SINGH,

                Plaintiff,

   - against -

DELOITTE LLP, ET AL.,

                Defendants.

---

21-cv-8458 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide courtesy copies of the fully briefed motion for leave to file an amended complaint. (ECF No. 63.)

SO ORDERED.

Dated:    New York, New York
            May 1, 2023

                                              John G. Koeltl
                                     United States District Judge